IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHAWANDA SOLOMON, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:25-CV-1303-SDJ-AGD |
| v. | § | |
| | § | |
| ANNA INDEPENDENT SCHOOL DISTRICT, | § § | |
| | § | |
| Defendant. | | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 30, 2025, the Magistrate Judge entered a Report, (Dkt. #15), recommending Plaintiff Shawanda Solomon's Motion for Emergency Temporary Restraining Order and Request for Preliminary Injunction (Dkt. #3) be denied. On December 31, 2025, Plaintiff filed an objection to the Report (Dkt. #16). On January 5, 2026, Plaintiff filed a "Notice of Ongoing Irreparable Harm" (Dkt. #17) ("Notice").

Having received the Report of the Magistrate Judge, considered Plaintiff's objection, (Dkt. #16), Plaintiff's Notice, (Dkt. #17), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Emergency Temporary Restraining Order and Request for Preliminary Injunction (Dkt. #3) is **DENIED**.

**So ORDERED and SIGNED this 8th day of January, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE